1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CABN 206052)
   Assistant U.S. Attorney
5
   450 Golden Gate Ave., Box 36055
6  San Francisco, CA 94102
   Telephone: (415) 271-3059
7  Facsimile: (415) 436-7234

8  Attorneys for the United States

                              ORIGINAL

9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION

                              3 07 70134    JCS

13 | UNITED STATES OF AMERICA,    )   CRIMINAL NO.
                                  )
14 |     Plaintiff,                )
                                  )   NOTICE OF PROCEEDINGS ON
15 |     v.                        )   OUT-OF-DISTRICT CRIMINAL
                                  )   CHARGES PURSUANT TO RULES
16 | CHRISTOPHER NIU, and,         )   5(c)(2) AND (3) OF THE FEDERAL RULES
   | SISILIA OSAI,                 )   OF CRIMINAL PROCEDURE
17 |                               )
                                  )
18 |     Defendants.               )
                                  )
19 | _____)

20     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

21 Procedure that on or about March 6, 2007, the above-named defendants were arrested based upon

22 an arrest warrant (copy attached) issued in case number 06-00594-SOM in the District of Hawaii,

23 upon an

24     X   Indictment

25     ☐   Information

26     ☐   Criminal Complaint

27     ☐   Other (describe)

28

                              1

In that case, the defendants are charged with a violation of Title 21, United States Code, Section 846, conspiracy to distribute and possess with intent to distribute a controlled substance.

Description of Charges: Defendants conspired to transport 50 grams or more of methamphetamine from California to Hawaii with the intent of distributing it in Hawaii, in violation of Title 21, United States Code, Section 846 and 841(b)(1)(A).

Maximum Penalties:   10 year mandatory minimum prison term
                                    Life maximum prison term
                                    $4 million fine
                                    5 year minimum supervised release term
                                    Life maximum supervised release term
                                    $100 special assessment

Respectfully Submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

Date: 3-7-2007

_____
KIRSTIN M. AULT
Assistant U.S. Attorney

**ORIGINAL**

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
### District of Hawaii

128307

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 06-00594 SOM-05 |
| SISILIA OSAI | |
| (Name and Address of Defendant) | |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST SISILIA OSAI and bring him or her forthwith to the nearest district/ magistrate judge to answer a Superceding Indictment, charging him or her with (brief description of offense)

Conspiracy to distribute and possess with intent to distribute methamphetamine, a Schedule II controlled substance

*RECEIVED 2007 FEB 21 PH 2:16 U.S. MARSHALS SERVICE HONOLULU, HI*

in violation of Title 21 United States Code, Section(s) 846, 841(a)(1) and (b)(1)(A).

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | FEBRUARY 21, 2007 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at No bail    By: Kevin S. C. Chang, United States Magistrate Judge

# SEALED
BY ORDER OF THIS COURT

RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest | | |

FEB 23 2007 15:58 FR USMS HAWAII        808 541 3015 TO 918082446458        P.02/02

**ORIGINAL**

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

1288306

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 06-00594 SOM-04 |
| CHRISTOPHER NIU | |
| (Name and Address of Defendant) | |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST CHRISTOPHER NIU and bring him or her forthwith to the nearest district/ magistrate judge to answer a Superseding Indictment, charging him or her with (brief description of offense)

Conspiracy to distribute and possess with intent to distribute methamphetamine, a Schedule II controlled substance

in violation of Title 21 United States Code, Section(s) 846, 841(a)(1) & (b)(1)(A).

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | FEBRUARY 21, 2007 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at No bail     By Kevin S. C. Chang, United States Magistrate Judge

**SEALED BY ORDER OF THE COURT**

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest | | |

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CANDACE KELLY  CA BAR #191473
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Candace.Kelly@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**SEALED**
BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 21 2007

at 11 o'clock and 52 min. a M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EMA TUUHETOKA,        (1) ) <br> TUPOU VAIKONA,         (2) ) <br> KALONISIA TAFUNA,      (3) ) <br> CHRISTOPHER NIU        (4) ) <br> SISILIA OSAI           (5) ) <br> ) <br> Defendants.         ) <br> ) | CR. NO. CR 06-00594-SOM <br><br> SUPERSEDING INDICTMENT <br><br> [21 U.S.C. §§ 846, 841(a)(1) <br> & (b)(1)(A)] |

FAX TRANSMITTAL  # of pages ▸ 4
To: Kirstin Ault   From: Candace Kelly
Dept./Agency        Phone # (808)541-2850
Fax # (510)637-3724   Fax #
NSN 7540-01-317-7368   5099-101   GENERAL SERVICES ADMINISTRATION

SUPERSEDING INDICTMENT

The Grand Jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including November 19, 2006 in the District of Hawaii and elsewhere, defendants EMA TUUHETOKA, TUPOU VAIKONA, KALONISIA TAFUNA, CHRISTOPHER NIU and SISILIA OSAI did knowingly and

intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown to the grand jury, to distribute and possess, with intent to distribute, 50 grams or more methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21 United States Code, Sections 846, 841(a)(1) & (b)(1)(A).

### OVERT ACTS

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following acts, among others, were committed within the District of Hawaii, and elsewhere:

1. On or about November 14, 2006, Defendant CHRISTOPHER NIU ("NIU") delivered crystal methamphetamine to Defendant TUPOU VAIKONA ("VAIKONA") at her residence in California.

2. On or about November 14, 2006, Defendants EMA TUUHETOKA ("TUUHETOKA") and VAIKONA went to the American Trans Air (ATA) Airlines ticket counter in Oakland, California where they paid cash for round trip airline tickets to fly that same day from Oakland, California to Kahului, Maui, Hawaii for the purpose of transporting crystal methamphetamine to Hawaii.

3. On or about November 14, 2006, TUUHETOKA and VAIKONA flew from Oakland, California to Kahului, Maui, Hawaii on ATA flight #4627 carrying approximately 1,969 grams of crystal methamphetamine.

2

4. On or about November 14, 2006, at approximately 1:20 p.m., TUUHETOKA and VAIKONA walked to the Kahului airport's baggage claim area where VAIKONA retrieved a pink suitcase which she had checked into ATA baggage in Oakland, California.

5. In or about mid-November, 2006, but no later than November 19, 2006, Defendant KALONISIA TAFUNA ("TAFUNA") purchased round trip airline tickets to fly from Oakland, California to Kahului, Maui, Hawaii for the purpose of transporting crystal methamphetamine to Hawaii.

6. On or about November 19, 2006, TAFUNA and two associates flew from Oakland, California to Kahului, Maui, Hawaii on ATA flight #4627 carrying approximately 2,155 grams of crystal methamphetamine.

All in violation of Title 21, United States Code, Section 846.

## Count 2

On or about November 19, 2006, in the District of Hawaii, defendant, KALONISIA TAFUNA, did knowingly and intentionally possess, with intent to distribute, 50 grams or more, to wit: approximately 1,524 grams, of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

3

Dated: February __21__, 2007, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

CANDACE KELLY
Assistant U.S. Attorney

United States v. Tuuhetoka, Vaikona & Tafuna
Superseding Indictment
CR. No. CR 06-00594-SOM

4