1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CABN 206052)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 271-3059
7       Facsimile: (415) 436-7234
        kirstin.ault@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,      )    No.  CR 3-07-70134 JCS
                                  )
15      Plaintiff,                )    UNITED   STATES'   SUBMISSION
                                  )    REGARDING DETENTION
16      v.                        )
                                  )
17 CHRISTOPHER NIU,               )
                                  )
18      Defendant.                )
                                  )
19 _____

20      For the Court's consideration, the United States submits the attached compact disk

21 containing selected recorded jail calls of the defendant that the United States believes are

22 pertinent to the issue of detention. Audio files of the calls were e-mailed to defense counsel on

23 March 29, 2007.

24      The United States believes that the following portions of the recorded telephone calls

25 demonstrate that the defendant is a risk of flight and that there is a risk that the defendant may

26 destroy evidence were he released from custody. The times related below are the minute and

27 second at which the pertinent portion of the call begins. The United States also provides some

28 additional context based on information that has been related by the case agent in this matter:

SUBMISSION RE: DETENTION
3-07-70134-JCS

- Niu.call.1.wav – The defendant is speaking with his sister. At approximately 3:15, the defendant asks his sister to call "MJ" and tells her that "MJ's" number is in one of his telephones. The case agent believes that "MJ" is one of the defendant's methamphetamine suppliers.

- Niu.call.2.wav – The defendant is again speaking with his sister. At approximately 1:00, the defendant's sister tells Niu that "MJ" is coming to speak with her. At 2:40, the telephone is passed to Lisa, the defendant's fiancee. At approximately 3:00, the defendant tells Lisa that he told her that they should have moved. The defendant then asks Lisa whether the truck was taken away, whether the truck was searched, and if anything was found.

- Niu.call.3.wav – at approximately 5:00, the defendant and Lisa, his fiancee, discuss the defendant's belief that they should have moved. The defendant says that he should have taken his vacation and gone to Tonga.

- Niu.call.4.wav – at approximately 0:50, the defendant and his sister discuss a black truck and a Land Rover that were identified on search warrants. The defendant's sister says that they did not mention the Yukon and that someone is going to pay for a cover to cover it up. When the defendant's sister says that law enforcement officers have the license plate numbers for the trucks, the defendant instructs her to have someone remove the plates.

- Niu.call.5.wav – at approximately 0:16, the defendant asks his sister whether Lisa, his fiancee, has deleted his myspace account. At approximately 1:00, the defendant's sister initiates a three-way call with Lisa, and the defendant tells Lisa to delete his account when she gets to his mom's house.

- Niu.call.6.wav – at approximately 0:20, the defendant's sister says that Lisa is trying to delete the account. At approximately 0:45, the telephone is passed to Lisa, and at approximately 1:25, Lisa says that "it's done," meaning that she has deleted the account.

- Niu.call.7.wav – much of the conversation on this telephone call appears to be in Tongan; however, the general sense of the call is that Lisa is looking through files

in one of the defendant's computer accounts and relating information to him.

DATE: March 29, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

KIRSTIN M. AULT
Assistant United States Attorney