

**U.S. v. NIU**
CR 3-07-70134 JCS
Selected jail recordings
niu.call.1.wav through niu.call.7.wav