BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant OSAI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-3-07-70134 JCS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANT TO TRAVEL TO THE EASTERN DISTRICT OF CALIFORNIA |
| v. | |
| SISILIA OSAI, | |
| Defendant. | |

On March 7, 2007, defendant Sisilia Osai made her initial appearance before this Court on an indictment filed in the District of Hawaii charging her with conspiracy to possess with intent to distribute methamphetamine. Having executed the necessary forms to effect a transfer of the case to this district under Rule 20 of the Federal Rules of Criminal Procedure, the parties are presently awaiting the arrival of the court file. Ms. Osai is free on bond under conditions set by this Court. One such condition is that the defendant may not travel outside the Northern District of California without the Court's permission.

Ms. Osai has an aunt who resides in Sacramento and suffers from cancer. Ms. Osai recently learned that her aunt's condition has worsened dramatically. Ms. Osai wishes to make a day trip by car to Sacramento for the purpose of visiting her aunt. Because Sacramento is located

1  in the Eastern District of California, she cannot make the trip without the Court's approval.

2  Accordingly, the parties agree and stipulate that Ms. Osai's conditions of release should

3  be modified as follows: Ms. Osai shall be permitted to travel by car to and from the Eastern

4  District of California on Saturday, September 8 and/or Sunday, September 9, 2007, for the

5  purpose of visiting her aunt in Sacramento.

6  IT IS SO STIPULATED.

7  Dated: 9/5/07                                         ___/s/_____
                                                              BARRY J. PORTMAN
8                                                             Federal Public Defender
                                                              JOSH COHEN
9                                                             Assistant Federal Public Defender

10
    Dated: 9/5/07                                         ___/s/_____
11                                                            SCOTT N. SCHOOLS
                                                              United States Attorney
12                                                            KIRSTIN AULT
                                                              Assistant United States Attorney
13

14                                              **ORDER**

15  Accordingly, and for good cause shown, the defendant's conditions of pretrial release

16  shall be modified as follows: The defendant shall be permitted to travel by car to and from the

17  Eastern District of California on September 8, 2007 and/or September 9, 2007 for the purpose of

18  visiting her aunt in Sacramento. All other conditions shall remain in effect.

19  IT IS SO ORDERED.

20  Dated:  9/6/7

21                                                        _____
                                                          JOSEPH C. SPERO
                                                          UNITED STATES MAGISTRATE JUDGE

CR-3-07-70134 JCS; TRAVEL STIP & ORDER        2