BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant OSAI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-3-07-70134 JCS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANT TO TRAVEL TO THE EASTERN DISTRICT OF CALIFORNIA |
| v. | |
| SISILIA OSAI, | |
| Defendant. | |

    On March 7, 2007, defendant Sisilia Osai made her initial appearance before this Court on an indictment filed in the District of Hawaii charging her with conspiracy to possess with intent to distribute methamphetamine. Having executed the necessary forms to effect a transfer of the case to this district under Rule 20 of the Federal Rules of Criminal Procedure, the parties are presently awaiting the arrival of the court file. Ms. Osai is free on bond under conditions set by this Court. One such condition is that the defendant may not travel outside the Northern District of California without the Court's permission.

    Ms. Osai has an aunt who resides in Sacramento, where she was recently admitted to a hospice after a long battle with cancer. Ms. Osai wishes to travel by car to Sacramento for the purpose of visiting her aunt at the hospice.

1   Because Sacramento is located in the Eastern District of California, she cannot travel to
2   Sacramento under her current conditions of release.  United States Pretrial Services Officer Betty
3   Kim has advised defense counsel that she does not object to a modification of Ms. Osai's release
4   conditions to permit her to travel to and from the Eastern District of California provided that she
5   first obtains permission from Pretrial Services and complies with any restrictions that Pretrial
6   Services may impose on such travel.
7   Accordingly, the parties agree and stipulate that Ms. Osai's conditions of release should
8   be modified as follows: Ms. Osai shall be permitted to travel by car to and from the Eastern
9   District of California with the advance permission of, and as directed by, Pretrial Services.
10  IT IS SO STIPULATED.

11  Dated: 9/11/07                    _____/s/_____
                                       BARRY J. PORTMAN
12                                     Federal Public Defender
                                       JOSH COHEN
13                                     Assistant Federal Public Defender

14
    Dated: 9/11/07                    _____/s/_____
15                                     SCOTT N. SCHOOLS
                                       United States Attorney
16                                     KIRSTIN AULT
                                       Assistant United States Attorney
17

18                              **ORDER**

19  Accordingly, and for good cause shown, the defendant's conditions of pretrial release
20  shall be modified as follows: The defendant shall be permitted to travel by car to and from the
21  Eastern District of California with the advance permission of, and as directed by, United States
22  Pretrial Services.  All other conditions shall remain in effect.
23  IT IS SO ORDERED.
24  Dated:                             _____
                                       JOSEPH C. SPERO
25                                     UNITED STATES MAGISTRATE JUDGE
26

CR-3-07-70134 JCS; TRAVEL STIP & ORDER          2