

**COPY**

**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

(808) 541-1300
FAX (808) 541-1303

E-FILING

August 23, 2007

**FILED**
DEC 12 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

CR 07  0785

RE: CR 06-00594 SOM-05
USA VS. SISILIA OSAI

SI

Dear Sir,

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, enclosed are the following certified documents: Second Superseding Indictment, Consent to Transfer Case for Plea and Sentence (under Rule 20) and docket sheet. Please be advised that this case is imaged and available through PACER.

Please acknowledge receipt on the copy of this letter and return.

Sincerely Yours,

Sue Beitia, Clerk

By: _____
Deputy Clerk

**RECEIVED**
CLERK U.S. DISTRICT COURT
SEP 04 2007
DISTRICT OF HAWAII

encl.
cc: US Attorneys Office - Honolulu, HI

*************************************************************************

Receipt is acknowledged by: Clerk, US District Court ___LSK___

Date: 8/30/07          Your Case Number 07-70134

**ORIGINAL**

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 22 2007

at __1__ o'clock and __40__ min. __A__ M.
SUE BEITIA, CLERK

In the United States District Court

for the _____ DISTRICT OF _____ HAWAII

UNITED STATES OF AMERICA
V.
SISILIA OSAI, (05)

E-filing

CRIMINAL NUMBER: 06-00594-05 SOM

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

**SI**

I, SISILIA OSAI, defendant, have been informed that an (indictment, ~~information~~, ~~complaint~~) Second Superseding is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Northern District of California in which I, reside, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 8/10/2007 at SF, CA

_Sokop._
(Defendant) SISILIA OSAI

(Witness)

(Counsel for Defendants) JOSH COHEN, ESQ.

(Assistant United States Attorney)

Approved

EDWARD H. KUBO, JR.
United States Attorney for the
District of
Hawaii

United States Attorney for the
Northern District of
California

**ORIGINAL**

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CANDACE KELLY  CA BAR #191473
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Candace.Kelly@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 1 2007

at ___ o'clock and ___ min. ___
SUE BEITIA, CLERK

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR 07    0785   SI

| UNITED STATES OF AMERICA, | ) | CR. NO. CR 06-00594-SOM |
| --- | --- | --- |
| Plaintiff, | ) | SECOND SUPERSEDING INDICTMENT |
| v. | ) | [21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A)] |
| EMA TUUHETOKA,        (1) | ) | |
| TUPOU VAIKONA,        (2) | ) | |
| KALONISIA TAFUNA,     (3) | ) | |
| CHRISTOPHER NIU,      (4) | ) | |
| SISILIA OSAI,         (5) | ) | |
| GREG C.T. RAYRAY,     (6) | ) | |
| INEZ PAKELE,          (7) | ) | |
| Defendants. | ) | |

SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

## Count 1

Beginning at a date unknown to the grand jury and continuing up to and including November 19, 2006 in the District of Hawaii and elsewhere, defendants EMA TUUHETOKA, TUPOU VAIKONA, KALONISIA TAFUNA, CHRISTOPHER NIU, SISILIA OSAI, GREG C.T. RAYRAY and INEZ PAKELE did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown to the grand jury, to distribute and possess, with intent to distribute, 50 grams or more methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21 United States Code, Sections 846, 841(a)(1) & (b)(1)(A).

### OVERT ACTS

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following acts, among others, were committed within the District of Hawaii, and elsewhere:

1. On or about October 13, 2006 through on or about October 16, 2006, Defendant SISILIA OSAI ("OSAI") was a registered guest at the Outrigger Royal Kahana in Maui, Hawaii.

2. On or about September 26, 2006 through on or about September 29, 2006, defendant CHRISTOPHER NIU ("NIU")

was a registered guest at the Aina Nalu Resort in Maui, Hawaii.

3. On or about September 28, 2006, Defendant GREG C.T. RAYRAY ("RAYRAY"), using cellular telephone number (808) 214-3896 communicated with telephone number (650) 670-5210, which was used by OSAI.

4. On or about July 9, 2006, NIU checked into the Westin Maui Villas in Maui, Hawaii using his middle name "Samuel" rather than "Christopher." NIU provided telephone number (650) 814-0893 to the Westin Maui Villas.

5. On or about November 19, 2006, Defendant GREG C.T. RAYRAY ("RAYRAY"), using cellular telephone number (808) 280-6861 communicated with cellular telephone number (650) 814-0893, which was used by NIU.

6. On or about November 11, 2006, Defendant INEZ PAKELE ("PAKELE"), using telephone number (808) 269-2128 communicated with telephone number (650) 581-1751, which was used by OSAI.

7. On or about November 14, 2006, Defendant NIU delivered crystal methamphetamine to Defendant TUPOU VAIKONA ("VAIKONA") at her residence in California.

8. On or about November 14, 2006, Defendants EMA TUUHETOKA ("TUUHETOKA") and VAIKONA went to the American Trans

3

Air (ATA) Airlines ticket counter in Oakland, California where they paid cash for round trip airline tickets to fly that same day from Oakland, California to Kahului, Maui, Hawaii for the purpose of transporting crystal methamphetamine to Hawaii.

9. On or about November 14, 2006, TUUHETOKA and VAIKONA flew from Oakland, California to Kahului, Maui, Hawaii on ATA flight #4627 carrying approximately 1,969 grams of crystal methamphetamine.

10. On or about November 14, 2006, at approximately 1:20 p.m., TUUHETOKA and VAIKONA walked to the Kahului airport's baggage claim area where VAIKONA retrieved a pink suitcase which she had checked into ATA baggage in Oakland, California.

11. In or about mid-November, 2006, but no later than November 19, 2006, Defendant KALONISIA TAFUNA ("TAFUNA") purchased round trip airline tickets to fly from Oakland, California to Kahului, Maui, Hawaii for the purpose of transporting crystal methamphetamine to Hawaii.

12. On or about November 19, 2006, TAFUNA and two associates flew from Oakland, California to Kahului, Maui, Hawaii on ATA flight #4627 carrying approximately 2,155 grams of crystal methamphetamine.

All in violation of Title 21, United States Code, Section 846.

### Count 2

On or about November 19, 2006, in the District of Hawaii, defendant, KALONISIA TAFUNA, did knowingly and intentionally possess, with intent to distribute, 50 grams or more, to wit: approximately 1,524 grams, of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

Dated: March 21, 2007, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


FLORENCE T. NAKAKUNI
Chief, Narcotics Section


CANDACE KELLY
Assistant U.S. Attorney

United States v. Tuuhetoka et. al.,
Second Superseding Indictment
CR. No. CR 06-00594-SOM

5