IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                       )<br>            Plaintiff, )<br>                       )<br>v.                     )<br>                       )<br>SISILIA OSAI,          )<br>                       )<br>            Defendant. )<br>_____) | No. CR 07-0785 SI<br><br>STIPULATION AND ORDER<br>CONTINUING HEARING |

**STIPULATION**

The parties agree to continue the hearing in the above-captioned matter from January 25, 2008 until February 8, 2008 at 11:00 a.m.

It is so stipulated.

DATED: January 28, 2008          /S/_____
                                 RONALD C. TYLER
                                 Assistant Federal Public Defender
                                 Counsel for Sisilia Osai


DATED: January 28, 2008          /S/_____
                                 CANDACE KELLY
                                 Assistant United States Attorney

//

//

STIP & ORDER CONTINUING
HEARING
*United States v. Sisilia Osai*
CR 07-0785 SI                    - 1 -

**ORDER**

It is hereby ordered that the hearing in the above-captioned matter be continued until February 8, 2008 at 11:00 a.m.

IT IS SO ORDERED.

DATED:

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING
*United States v. Sisilia Osai*
CR 07-0785 SI                                      **- 2 -**