BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant OSAI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0785 SI |
| ) | |
| Plaintiff, ) | **NOTICE OF DEFENDANT'S** |
| v. ) | **SUBSTITUTION OF COUNSEL** |
| ) | |
| SISILIA OSAI, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

PLEASE TAKE NOTICE that Ronald C. Tyler of the Office of the Federal Public Defender is hereby substituted as counsel of record for the defendant, Sisilia Osai, in the above-captioned matter. Please direct all future ECF notices, filings and orders to Mr. Tyler's attention at 450 Golden Gate Avenue, San Francisco, California 94102. Please omit prior defense counsel, Josh Cohen, from any future ECF filings or notices.

Dated: February 6, 2008

                                      Respectfully submitted,

                                      BARRY J. PORTMAN
                                      Federal Public Defender

                                        /s/
                                      RONALD C. TYLER
                                      Assistant Federal Public Defender

Notice of Substitution of Counsel
*U.S. v. Osai* CR 07-0785 SI                      1