## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 2/8/08

Case No.   CR-07-0785 SI            Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- SISILIA OSAI (NC)(P)

Attorneys:   C. Kelly            R. Tyler

Deputy Clerk:  Tracy Sutton   Court Reporter: J. Gonzalez

### PROCEEDINGS

1)  Change of Plea - HELD

2)  
3)  
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                                            PART

Case continued to **5/16/08 @ 11:00 a.m.**   for Sentence

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:**          **Delay ends:**
(              )

ORDERED AFTER HEARING:
The parties filed a plea agreement under seal.
The defendant plead guilty to Count One of the Second Superceding Indictment.
Since there is a 10 year mandatory minimum sentence, the defendant may be remanded at the sentencing hearing.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )