FILED

FEB 13 2011

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Case Number**      CR07-785 ~~CSA~~              SI

**Defendant's Name**      Sisilia Osai

**Defense Counsel**      R. Tyler

**Due Date**      5/16/08 @ 11:00 Am

SCAN

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a          X  Presentence Investigation

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>PROBATION OFFICE, ROOM 17-6884, BEFORE LEAVING THE COURTHOUSE today</u> to make the necessary arrangements.

---

**For use of Courtroom Deputies**
Is defendant in custody?          NO
Is defendant English speaking?          yes
What is defendant's address?

_____

_____

cc: U.S. Probation Office

Richard W. Wieking
Clerk

by:  T Sutton
T. Sutton, Deputy Clerk