1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  CANDACE KELLY (CABN 191473)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6991
7      Facsimile: (415) 436-7234
       E-Mail: candace.kelly@usdoj.gov
8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,        )    No. CR 07-0785-SI
                                 )    CR 06-0594-SOM (District of Hawaii)
       Plaintiff,                )
                                 )
   v.                            )    STIPULATION AND [PROPOSED]
                                 )    ORDER TO CONTINUE SENTENCING
SISILIA OSAI,                    )
                                 )
       Defendant.                )
_____)

   This matter is currently scheduled for sentencing on May 16, 2008 before this Court. The government respectfully requests additional time to complete its evaluation of the appropriate guidelines calculations and sentencing recommendation for Ms. Osai. Both the probation officer who prepared the presentence report, Waseem Iqbal, and defense counsel, Assistant Federal Public Defender, Ronald Tyler, have no objection to the government's request for additional time. However, due to the parties' schedules, the next available date for all parties to appear for sentencing is June 20, 2008. As such, the parties hereby stipulate and jointly request

//

//

STIPULATION AND [PROPOSED] ORDER
CR 07-0785 SI

1  that the sentencing be continued to June 20, 2008 or as soon thereafter as the Court is available.

2

3      SO STIPULATED.

4

5  Dated: May 15, 2008                                /S/
                                                    CANDACE KELLY
6                                                   Assistant United States Attorney

7

8  Dated: May 15, 2008                                /S/
                                                    RONALD TYLER
9                                                   Attorney for Defendant

10

11

12
       SO ORDERED.
13

14  Dated: _____
                                                    THE HON. SUSAN ILLSTON
15                                                  United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28