JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CANDACE KELLY (CABN 191473)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6991
    Facsimile: (415) 436-7234
    E-Mail: candace.kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-0785-SI |
|---|---|---|
| Plaintiff, | ) | CR 06-0594-SOM (District of Hawaii) |
| v. | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |
| SISILIA OSAI, | ) | |
| Defendant. | ) | |

This matter is currently scheduled for sentencing on May 16, 2008 before this Court. The government respectfully requests additional time to complete its evaluation of the appropriate guidelines calculations and sentencing recommendation for Ms. Osai. Both the probation officer who prepared the presentence report, Waseem Iqbal, and defense counsel, Assistant Federal Public Defender, Ronald Tyler, have no objection to the government's request for additional time. However, due to the parties' schedules, the next available date for all parties to appear for sentencing is June 20, 2008. As such, the parties hereby stipulate and jointly request

//

//

STIPULATION AND [PROPOSED] ORDER
CR 07-0785 SI

1 | that the sentencing be continued to June 20, 2008 or as soon thereafter as the Court is available.

3 |    SO STIPULATED.

5 | Dated: May 15, 2008

        /S/
_____
CANDACE KELLY
Assistant United States Attorney

8 | Dated: May 15, 2008

        /S/
_____
RONALD TYLER
Attorney for Defendant

12 |    SO ORDERED.

14 | Dated: _____

_____
THE HON. SUSAN ILLSTON
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
CR 07-0785 SI

2