BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant OSAI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SISILIA OSAI,<br><br>    Defendant. | No. CR 07-0785 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR SELF-SURRENDER** |

**STIPULATION**

The Court previously ordered the defendant to surrender on August 22, 2008. Both parties stipulate that the defendant should be afforded a continuance of her self-surrender date, until September 15, 2008 due to family and health-related matters.

It is so stipulated:

Dated:     July 11, 2008          ___/s/_____
                                   RONALD C. TYLER
                                   Assistant Federal Public Defender

Dated:     July 11, 2008          ___/s/_____
                                   CANDACE KELLY
                                   Assistant United States Attorney

Stipulation and [Proposed] Order to Continue
Self-Surrender Date;
*U.S. v. Sisilia Osai*; CR 07-0785 SI          1

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the self-surrender date for the defendant in the aforementioned matter currently set for August 22, 2008, shall be continued to September 15, 2008.

**IT IS SO ORDERED**.

Dated:_____    _____
                                  THE HONORABLE SUSAN ILLSTON
                                  UNITED STATES DISTRICT COURT JUDGE