```
 1 | BARRY J. PORTMAN
   | Federal Public Defender
 2 | RONALD C. TYLER
   | Assistant Federal Public Defender
 3 | 450 Golden Gate Avenue
   | 19 th Floor, Box 36106
 4 | San Francisco, CA 94102
   | Telephone: (415) 436-7700
 5 |
 6 | Counsel for Defendant OSAI
 7 |
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-0785 SI |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE DATE FOR** |
| v. | ) | **SELF-SURRENDER** |
| SISILIA OSAI, | ) | |
| Defendant. | ) | |

**STIPULATION**

The Court previously ordered the defendant to surrender on August 22, 2008. Both parties stipulate that the defendant should be afforded a continuance of her self-surrender date, until September 15, 2008 due to family and health-related matters.

It is so stipulated:

Dated:    July 11, 2008    ___/s/_____
RONALD C. TYLER
Assistant Federal Public Defender

Dated:    July 11, 2008    ___/s/_____
CANDACE KELLY
Assistant United States Attorney

Stipulation and [Proposed] Order to Continue
Self-Surrender Date;
*U.S. v. Sisilia Osai*; CR 07-0785 SI          1

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | GOOD CAUSE APPEARING, it is hereby ORDERED that the self-surrender date for the |
| 3 | defendant in the aforementioned matter currently set for August 22, 2008, shall be continued to |
| 4 | September 15, 2008. |
| 5 | **IT IS SO ORDERED**. |

Dated:_____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

Stipulation and [Proposed] Order to Continue
Self-Surrender Date;
*U.S. v. Sisilia Osai*; CR 07-0785 SI                    2