1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone:  (415) 436-7700
5

6  Counsel for Defendant OSAI

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

   UNITED STATES OF AMERICA,        )    No. CR 07-0785 SI (JCS)
12                                   )
                   Plaintiff,        )    **STIPULATION AND [PROPOSED]**
13                                   )    **ORDER PERMITTING TRAVEL**
         v.                          )
14                                   )
   SISILIA OSAI,                     )
15                                   )
                   Defendant.        )
16  _____ )

17                        **STIPULATION**

18
        The defendant, Sisilia Osai wishes to travel to Utah to attend two family functions: a
19
   college graduation and a baptism.  Ms. Osai wishes to leave on Tuesday, August 12, 2008 and
20
   return, Sunday, August 17, 2008.  Neither government counsel nor Pretrial Services Officer
21
   Joshua Libby are opposed to this request.
22

23  //

24  //

25  //

26
   STIPULATION AND [PROPOSED] ORDER
   PERMITTING TRAVEL
   *United States v. Sisilia Osai*
   CR 07-0785 SI (JCS)                    1

1    IT IS SO STIPULATED:

2    Dated:      July 18, 2008                      _____/s/_____
                                                    RONALD C. TYLER
3                                                   Assistant Federal Public Defender

4

5    Dated:      July 18, 2008                      _____/s/_____
                                                    CANDACE KELLY
6                                                   Assistant United States Attorney

7
                                    **[PROPOSED] ORDER**
8
         GOOD CAUSE APPEARING, the defendant is hereby permitted to travel to Utah
9
    leaving on Tuesday, August 12, 2008 and returning Sunday, August 17, 2008.
10

11
         **IT IS SO ORDERED**.
12

13
    Dated:_____          _____
14                                           THE HONORABLE JOSEPH C. SPERO
                                             United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER
PERMITTING TRAVEL
*United States v. Sisilia Osai*
CR 07-0785 SI (JCS)                              2