1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5

6  Counsel for Defendant OSAI

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,        )   No. CR 07-0785 SI (JCS)
                                    )
13             Plaintiff,           )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER PERMITTING TRAVEL**
14       v.                         )
                                    )
15 SISILIA OSAI,                    )
                                    )
16             Defendant.           )
   _____)

17
                         **STIPULATION**
18
       The defendant, Sisilia Osai wishes to travel to Utah to attend two family functions: a
19
   college graduation and a baptism. Ms. Osai wishes to leave on Tuesday, August 12, 2008 and
20
   return, Sunday, August 17, 2008. Neither government counsel nor Pretrial Services Officer
21
   Joshua Libby are opposed to this request.
22

23 //

24 //

25 //

26
   STIPULATION AND [PROPOSED] ORDER
   PERMITTING TRAVEL
   *United States v. Sisilia Osai*
   CR 07-0785 SI (JCS)                    1

1  IT IS SO STIPULATED:

2  Dated:    July 18, 2008                _____/s/_____
                                          RONALD C. TYLER
3                                         Assistant Federal Public Defender

5  Dated:    July 18, 2008                _____/s/_____
                                          CANDACE KELLY
6                                         Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, the defendant is hereby permitted to travel to Utah leaving on Tuesday, August 12, 2008 and returning Sunday, August 17, 2008. Defendant shall provide itinerary and contact information to PTS in advance of travel. JCS

**IT IS SO ORDERED**.

Dated: 7/21/08                            _____
                                          THE HONORABLE JOSEPH C. SPERO
                                          United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero

STIPULATION AND [PROPOSED] ORDER
PERMITTING TRAVEL
*United States v. Sisilia Osai*
CR 07-0785 SI (JCS)                       2